**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNCOMMON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-10897 |
| v. | ) | |
| | ) | Hon. John R. Blakey |
| SPIGEN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT SPIGEN INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that Defendant Spigen, Inc., by and through its counsel of record, Roth Law Group, LLC, hereby requests that this Court take judicial notice of the following documents pursuant to *Federal Rules of Evidence, Rule* 201, in connection with the Motion to Dismiss Plaintiffs' Complaint filed concurrently herewith. With respect to Exhibits A – D indexed below, such a request is made on the grounds that the information below is located in the United States Patent and Trademark Office (hereinafter, "USPTO) Trademark Database and is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Federal Rules of Evidence, Rule* 201(b). Additionally, with respect to Exhibits A – D indexed below, such a request is made on the grounds that these documents are located in the USPTO Trademark Database and are matters of public record. "Matters of public record . . . can fall within this narrow category of judicially noticeable facts." *General Electric Capital Corp. v. Lease Resolution Corp.*, 128 F.3d 1074, 1083 (7th Cir. 1997).

Exhibit A: Spigen's Application for registration of the mark "Air Capsule" (Serial No. 8645014) and its status as of January 19, 2016, retrieved from the USPTO's Trademark Status and Document Retrieval System. tsdr.uspto.gov

Exhibit B: Spigen's Application for registration of the mark "Capsule Solid" (Serial No.

86778356) and its status as of January 19, 2016, retrieved from the USPTO's Trademark Status and Document Retrieval System. tsdr.uspto.gov

Exhibit C: Vatra's Registration of the mark "CAPSULE" (Serial No. 77359840; USPTO Registration No. 3472044) and its status, retrieved from the USPTO's Trademark Status and Document Retrieval System. tsdr.uspto.gov

Exhibit D: SwitchEasy's Application for registration of the mark "CAPSULE" (Serial No. 77533218) and its status, retrieved from the USPTO's Trademark Status and Document Retrieval System. tsdr.uspto.gov

SPIGEN, INC.

By: /s/ William P. Foley
One of Their Attorneys

Karl W. Roth, Esq.
William P. Foley, Esq.
ROTH LAW GROUP LLC
Attorneys Defendant
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 419-9599

2

## **CERTIFICATE OF SERVICE**

      I, William P. Foley, attorney for Defendant, SPIGEN, INC., hereby certify that the foregoing Request for Judicial Notice in Support of Motion to Dismiss was served on the following counsel of record via the Court's electronic filing system on the **20th day of January, 2016:**

Edward L. Bishop
Benjamin Adam Campbell
Nicholas S. Lee
Stephanie Nicole White
Bishop Diehl & Lee, Ltd.
1750 East Golf Road, Suite 390
Schaumburg, IL 60173
(847) 969-9123
ebishop@bishoppatents.com
bcampbell@bishoppatents.com
nlee@bishoppatents.com
swhite@bdl-iplaw.com

                                                SPIGEN, INC.

                                         By: /s/ William P. Foley\_\_\_\_
                                               One of Their Attorneys


Karl W. Roth, Esq.
William P. Foley, Esq.
ROTH LAW GROUP LLC
Attorneys Defendants
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 419-9599

3