IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNCOMMON, LLC,** | |
| Plaintiff, | Civil Action No. 1:15-cv-10897 |
| v. | Honorable John Robert Blakey |
| **SPIGEN, INC.**, | JURY TRIAL DEMANDED |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Uncommon, LLC, by and through its attorneys, hereby give notice of its voluntary dismissal of Count IV ("Cancellation of 'Air Capsule', Serial No. 86/456,014") and Count V ("Cancellation of 'Capsule Solid', Serial No. 86/778,356") of its Complaint (Dkt. No. 1) *without prejudice* in the present case.

All other claims (Counts I-III) remain pending in this action.

DATED: January 22, 2016          Respectfully Submitted,

/s/Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Stephanie N White
swhite@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1750 E. Golf Rd., Suite 390
Schaumburg, IL 60173
Tel: (847) 969-9123
Fax: (847) 969-9124

*Attorneys for Plaintiff Uncommon, LLC*

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system January 22, 2016. Any other counsel of record will be served by electronic mail and/or first class mail.

                /s/Nicholas S. Lee
                Nicholas S. Lee