# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Uncommon, LLC,

Plaintiff(s),

v.

Spigen, Inc.,

Defendant(s).

Case No. 15 CV 10897

Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's complaint. Judgment is entered in favor of Plaintiff and against Defendant on Count III of Defendant's counterclaim. Judgment is entered in favor of Defendant and against Plaintiff on Count IV of Defendant's counterclaim. The parties shall bear their own costs and attorney fees.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date: 3/26/2018

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk